IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---

JOHN DOE,

    **Plaintiff,**

v.                                                  Civil Action No. _____

THE ADMINISTRATORS OF            JUDGE:
THE TULANE EDUCATIONAL
FUND d/b/a TULANE UNIVERSITY,    MAGISTRATE:

    **Defendant.**

---

## DECLARATION OF ALEX ROBERTSON

I, Alex Robertson, declare:

1. I am a member of the firm Marcelle Robertson Mestayer LLC, attorneys to Plaintiff John Doe in this action.

2. I submit this declaration in support of Plaintiff's *Ex Parte* Motion to Proceed by Pseudonym.

3. Annexed hereto as Exhibit 1 is a true and correct copy of the pseudonym order entered in *Doe v. The Administrators of the Tulane Educational Fund*, No. 2:21-cv-00364-ILRL-JVM, ECF No. 4, (E.D. La. Feb. 22, 2021) (Feldman, J.).

4. Annexed hereto as Exhibit 2 is a true and correct copy of the pseudonym order entered in *Doe v. The Administrators of the Tulane Educational Fund*, No. 19-11403- SSV-JVM, ECF No. 8, (E.D. La. July 2, 2019) (Vance, J.).

5. Annexed hereto as Exhibit 3 is a true and correct copy of the pseudonym order entered in *Doe v. The Administrators of the Tulane Educational Fund*, No. 19-13425-WBV-JCW, ECF No. 8, (E.D. La. Nov. 6, 2019) (Vitter, J.).

6.      Annexed hereto as Exhibit 4 is a true and correct copy of the pseudonym order entered in *Doe v. The Administrators of the Tulane Educational Fund*, No. 17-12081-MLCF-KWR, ECF No. 7, (E.D. La. Nov. 17, 2017) (Feldman, J.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of April, 2023.

_____
Alex Robertson