# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN DOE, | * | CIVIL ACTION NO.: 21-364 |
| Plaintiff | * | SECTION: |
| v. | * | JUDGE: |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, | * | MAGISTRATE: |
| Defendants | * | |

\* \* \* \* \* \* \* \*

## ORDER

Having considered Plaintiff's Motion to Proceed Under Pseudonym, and for good cause shown;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Plaintiff may proceed in the above-captioned matter pseudonymously as John Doe; and it is further

**ORDERED** that Defendant is prohibited from publicly identifying the Plaintiff through the use of his real name in court filings or otherwise.

Thus, done, and signed in New Orleans, Louisiana, this 22nd day of February 2021.

_____
UNITED STATES DISTRICT JUDGE

Ex. 1, p. 1