UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13425-WBV-JCW** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **SECTION D(2)** |

## ORDER

Considering Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym (R. Doc. 2),

IT IS HEREBY ORDERED that the Motion (R. Doc. 3). The Plaintiff may proceed under the pseudonym John Doe.

New Orleans, Louisiana, this the 6th day of November, 2019.

*[signature]*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

Ex. 3 - p. 1