UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN DOE, | * | CIVIL ACTION |
| | * | |
| Plaintiff | * | NO. 17-12081 |
| | * | |
| v. | * | SECTION |
| | * | |
| TULANE UNIVERSITY, TULANE UNIVERSITY BOARD OF TRUSTEES, J. DAVIDSON PORTER, individually and as agent for TULANE UNIVERSITY, MEREDITH SMITH, individually and as agent for TULANE UNIVERSITY, VANESSA RODRIGUEZ, individually and as agent for TULANE UNIVERSITY, DAWN BROUSSARD, individually and as agent for TULANE UNIVERSITY, | * * * * * * * * * * * | |
| Defendants | * | |

\* \* \* \* \* \* \* \*

## **ORDER**

Having considered Plaintiff's Motion to Proceed Under Pseudonym;

IT IS HEREBY ORDERED that the Motion is GRANTED and the Plaintiff may proceed in this matter pseudonymously as John Doe.

New Orleans, Louisiana this  17th  day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE

Ex. 4