UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| VERSUS | NO.  23-1348 |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION:  "P" (3) |

### ORDER SETTING ORAL ARGUMENT

IT IS ORDERED that oral argument on Plaintiff's Motion to Compel (Rec. Doc. 23) will be held on **Tuesday, May 14, 2024**, at **2:00 p.m.**, before Magistrate Judge Eva J. Dossier, Courtroom B-305, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

IT IS FURTHER ORDERED that any memorandum in reply must be filed by **4:00 p.m**. **on the Friday preceding oral argument**.

New Orleans, Louisiana, this 30th day of April, 2024.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

*\*\*\*The Court strongly encourages argument by junior attorneys, particularly where the junior attorneys drafted or contributed significantly to the underlying motion or response. Accordingly, if a junior attorney (i.e., a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to argue for that party so that issues can be split between attorneys or a more senior attorney can offer clarification, if necessary.*