# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1348** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **SECTION: "P" (3)** |

## ORDER

Considering the foregoing Joint Motion to Set a Scheduling Conference (R. Doc. 33),

**IT IS ORDERED** the motion is **GRANTED**. The Court's Case Manager will notice a scheduling conference to select new dates for discovery, other pre-trial dates, and trial.

New Orleans, Louisiana, this 5th day of March 2025.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**