UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| VERSUS | NO. 23-1348 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION: "P" (3) |

### ORDER SETTING ORAL ARGUMENT

**IT IS ORDERED** that oral argument on Plaintiff's Motion to Compel (Rec. Doc. 37) will be held on **Tuesday, April 8, 2025**, at **2:00 p.m.**, before undersigned magistrate judge, Courtroom B-305, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130. Please note that a photo ID is required to enter the building. **PLEASE ARRIVE TEN MINUTES BEFORE THE SCHEDULED START TIME.**

**IT IS FURTHER ORDERED** that Doe provide Banghart's counsel with a copy of this Order.

New Orleans, Louisiana, this 6th day of March, 2025.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

*\*\*\*The Court strongly encourages argument by junior attorneys, particularly where the junior attorneys drafted or contributed significantly to the underlying motion or response. Accordingly, if a junior attorney (i.e., a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to argue for that party so that issues can be split between attorneys or a more senior attorney can offer clarification, if necessary.*