UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| VERSUS | NO. 23-1348 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION: "P" (3) |

**ORDER**

Before the Court is Plaintiff's Motion to Compel Nonparty Noa Banghart's Production of Documents in Response to Subpoena (R. Doc. 37). The motion was filed on March 5, 2025. It is set for submission and oral argument on April 8, 2025. The motion was hand-delivered to the office of Banghart's counsel on March 6, 2025. R. Doc. 39. The order setting oral argument for April 8, 2026, was also served on Banghart's counsel. *See* R. Doc. 40 (order requiring service).[1]

Banghart has filed no opposition to the motion. The deadline to do so has expired. A review of the pre-motion correspondence indicates that Banghart's counsel requested additional time to respond, but they did not raise substantive objections to the subpoena. *E.g.,* Doc. 37-5 at 3 ("We have been gathering the responsive documents. I will need at least an additional 2 weeks."). The subpoena itself and related correspondence in the record indicate that the subpoena does not impose an undue burden or expense on Banghart.

Accordingly,

---

[1] The Court confirmed that service occurred in compliance with its order through an email to all counsel of record.

**IT IS ORDERED** that the Motion to Compel (R. Doc. 37) is **GRANTED** and that Banghart produce documents responsive to the subpoena on or before **April 25, 2025.**

**IT IS FURTHER ORDERED** that Plaintiff's counsel serve a copy of this order on counsel for Banghart via hand-delivery to their office and via email.

**IT IS FURTHER ORDERED** that the oral argument set for April 8, 2025, is **CANCELLED**.

New Orleans, Louisiana, this 3rd day of April, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE