UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN DOE** | * | **CIVIL ACTION NO. 2:23-cv-01348** |
| | * | |
| **VERSUS** | * | **SECTION: P (4)** |
| | * | |
| **THE ADMINISTRATORS OF THE** | * | **JUDGE DARREL JAMES PAPILLION** |
| **TULANE EDUCATIONAL FUND** | * | |
| | * | **MAG. JUDGE EVA J. DOSSIER** |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

**DECLARATION OF KARA L. GORYCKI IN SUPPORT OF CONSENT MOTION
TO SEAL SELECT PORTIONS OF THE PROPOSED
JOINT/CONSENT AMENDED PROTECTIVE ORDER**

**KARA L. GORYCKI**, hereby declares, subject to the penalties of perjury to 28 U.S.C. § 1746:

1. I am a Partner at the law firm of Nesenoff & Miltenberg, LLP, attorneys for Plaintiff John Doe ("Plaintiff") in the above-captioned litigation. I submit this declaration in support of the consent motion to seal select portions of the parties' proposed Joint/Consent Amended Protective Order ("Amended Protective Order").

2. Defendant Tulane University has reviewed the papers filed in connection with this motion, including the proposed redactions to the Amended Protective Order and has no objection to, and does not intend to oppose, this motion.

3. Annexed hereto as Exhibit 1 is a redlined copy of the parties' proposed amendments to the Protective Order previously entered in this case (ECF No. 19), with the proposed redactions highlighted in yellow.

4. Annexed hereto as Exhibit 2 is a true and correct copy of the "Joint/Consent Amended Protective Order," with the proposed redactions highlighted in yellow.

Executed on the 14th day of April, 2025.

  /s/ *Kara L. Gorycki*
Kara L. Gorycki
