IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE, | Civil Action No. 2:23-CV-01348 |
| | Section: P(4) |
| Plaintiff, | Judge Darrel James Papillion |
| v. | Mag. Judge Eva J. Dossier |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND d/b/a TULANE UNIVERSITY, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR**
**SANCTIONS AND CONTEMPT AGAINST NONPARTY NOA BANGHART**

NOW INTO COURT, through undersigned counsel, comes Plaintiff John Doe, who moves this Court pursuant to Rules 37(b) and 45(g) of the Federal Rules of Civil Procedure for an order holding nonparty Noa Banghart in contempt and imposing sanctions for her failure to comply with this Court's Order of April 3, 2025.

Despite being served with a subpoena requiring production of documents relevant to the above-captioned matter, being granted multiple extensions, and being directly ordered by this Court to produce responsive documents by April 25, 2025, Ms. Banghart has failed to comply, provide an excuse, or seek further relief.

Plaintiff respectfully requests that this Court:

1. Hold Noa Banghart in contempt pursuant to Fed. R. Civ. P. 45(g);
2. Order Ms. Banghart to produce all responsive documents within fourteen (14) days of the entry of the sanctions order without penalty;
3. Impose a coercive monetary sanction of $100 per day, retroactively effective from the date of the sanctions order, if compliance is not achieved within the fourteen-day period;
4. Award Plaintiff his reasonable attorneys' fees incurred in connection with enforcing compliance; and
5. Alternatively, require Ms. Banghart to appear, through counsel, and show cause why such sanctions should not be granted.

Plaintiff relies upon the accompanying memorandum in support, the record of this case, and applicable law.

        Respectfully submitted,

        */s/ Alex T. Robertson*
        Brian P. Marcelle (La. Bar No. 25156)
        Alex T. Robertson (La. Bar No. 37285)
        Jacques C. Mestayer (La. Bar. No. 37230)
        MARCELLE ROBERTSON MESTAYER LLC
        650 Poydras St. Ste 2720
        New Orleans, LA 70130
        Phone: (504)910-6220
        Fax:    (504)910-6800
        brian@mrmlaw.com
        alex@mrmlaw.com
        jacques@mrmlaw.com

        AND

        Kara L. Gorycki
        NY Atty ID: 4140992, admitted Pro Hac Vice to Eastern District of Louisiana
        Email: kgorycki@nmllplaw.com
        Andrew T. Miltenberg
        NY Atty ID: 2399582, admitted Pro Hac Vice to Eastern District of Louisiana
        Email: amiltenberg@nmllplaw.com

        NESENOFF & MILTENBERG, LLP.
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        Telephone: (212) 736-4500

        Attorneys for Plaintiff

**Certificate of Service**

I certify that this document has been served on all parties through the Court's electronic filing system and that non-party Noa Banghart's counsel will be served via Hand-Delivery and Email.
*/s/ Alex T. Robertson*

2