IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE, | Civil Action No. 2:23-CV-01348 |
| | Section: P(4) |
| Plaintiff, | Judge Darrel James Papillion |
| v. | Mag. Judge Eva J. Dossier |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND d/b/a TULANE UNIVERSITY, | |
| Defendant. | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiff's Motion for Sanctions and Contempt Against Nonparty Noa Banghart will be submitted for decision before the Honorable Magistrate Judge Eva J. Dossier, United States District Court for the Eastern District of Louisiana, on May 13, 2025 at 2:00 P.M. Central Time.

Respectfully submitted,

*/s/ Alex T. Robertson*
Brian P. Marcelle (La. Bar No. 25156)
Alex T. Robertson (La. Bar No. 37285)
Jacques C. Mestayer (La. Bar. No. 37230)
MARCELLE ROBERTSON MESTAYER LLC
650 Poydras St. Ste 2720
New Orleans, LA 70130
Phone: (504)910-6220
Fax:    (504)910-6800
brian@mrmlaw.com
alex@mrmlaw.com
jacques@mrmlaw.com

AND

1

2

        Kara L. Gorycki
        NY Atty ID: 4140992, admitted Pro Hac Vice to Eastern District of Louisiana
        Email: kgorycki@nmllplaw.com
        Andrew T. Miltenberg
        NY Atty ID: 2399582, admitted Pro Hac Vice to Eastern District of Louisiana
        Email: amiltenberg@nmllplaw.com

        NESENOFF & MILTENBERG, LLP.
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        Telephone: (212) 736-4500

        Attorneys for Plaintiff

**Certificate of Service**

I certify that this document has been served on all parties through the Court's electronic filing system and that non-party Noa Banghart's counsel will be served via Hand-Delivery and Email.

*/s/ Alex T. Robertson*