| **From:** | Kara Gorycki |
|---|---|
| **To:** | Suzy Montero |
| **Cc:** | Jenny Roberts; Johnston Burkhardt; Alex Robertson |
| **Subject:** | Doe v. Tulane - Motion to Compel |
| **Date:** | Wednesday, March 5, 2025 5:54:39 PM |
| **Attachments:** | image001.png |
| | 37 - Pltf. Mtn. to Compel (3.5.25).pdf |

Please see attached motion to compel.
You will also receive a hard copy.



**NESENOFF &
MILTENBERG** LLP
New York | Boston | Palo Alto

**Kara Gorycki, Partner**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500    •    212.736.2260 fax

Vcard    •    nmllplaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have
received it in error, please advise the sender by reply email and immediately delete the message and any
attachments without copying or disclosing the contents.

---

**From:** Suzy Montero <suzy@snw.law>
**Sent:** Friday, December 13, 2024 5:33 PM
**To:** Kara Gorycki <KGorycki@nmllplaw.com>
**Cc:** Jenny Roberts <jenny@snw.law>; Johnston Burkhardt <johnston@snw.law>; Alex Robertson
<alex@mrmlaw.com>
**Subject:** Re: Doe v. Tulane - Subpoena served on Noa Banghart

That should work.

MSM

**M. Suzanne Montero**

Partner



Sternberg, Naccari & White, LLC

935 Gravier Street, **Suite 1800** | New Orleans, Louisiana 70112

Main: (504) 324-2141 | Direct: (504) 308-1395 | Cell: (504) 352-3103 | Fax: (504) 534-8961

suzy@snw.law | www.snw.law

## Please Note our Suite Number has Changed!

CONFIDENTIALITY NOTICE: This message, including attachments, may contain information that is privileged, confidential, and protected by the attorney-client privilege or attorney work product privileges. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution, copying of this email, and any attachments thereto, are prohibited, and may be a violation of the law. If you have received this email in error, please delete it permanently and notify me immediately.

---

**From:** Kara Gorycki <KGorycki@nmllplaw.com>
**Sent:** Friday, December 13, 2024 4:11 PM
**To:** Suzy Montero <suzy@snw.law>
**Cc:** Jenny Roberts <jenny@snw.law>; Johnston Burkhardt <johnston@snw.law>; Alex Robertson <alex@mrmlaw.com>
**Subject:** Re: Doe v. Tulane - Subpoena served on Noa Banghart

Hi Suzy,
It's not at a standstill in terms of document discovery. At the same time, I appreciate your need for an extension of time.

With the holidays upon us, how is January 3rd?

Thanks,
Kara

Main: (504) 324-2141 **|** Direct: (504) 308-1395 **|** Cell: (504) 352-3103 **|** Fax: (504) 534-8961

suzy@snw.law **|** www.snw.law

## Please Note our Suite Number has Changed!

CONFIDENTIALITY NOTICE: This message, including attachments, may contain information that is privileged, confidential, and protected by the attorney-client privilege or attorney work product privileges. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution, copying of this email, and any attachments thereto, are prohibited, and may be a violation of the law. If you have received this email in error, please delete it permanently and notify me immediately.

---

**From:** Kara Gorycki <KGorycki@nmllplaw.com>
**Sent:** Friday, December 13, 2024 3:42 PM
**To:** Suzy Montero <suzy@snw.law>
**Cc:** Jenny Roberts <jenny@snw.law>; Johnston Burkhardt <johnston@snw.law>; Alex Robertson <alex@mrmlaw.com>
**Subject:** RE: Doe v. Tulane - Subpoena served on Noa Banghart

Dear Suzy,

I hope all is well. I am writing in regard to the subpoena served on Noa Banghart as I know you planned to respond today. Do you have any updates?
I have copied my local counsel, Alex Robertson, on this email to keep him in the loop.

Thanks,
Kara



**NESENOFF & MILTENBERG** LLP
New York | Boston | Palo Alto

**Kara Gorycki, Partner**
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904

<u>212.736.4500</u>   •   212.736.2260 fax

<u>Vcard</u>   •   <u>nmllplaw.com</u>

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

---

**From:** Suzy Montero <<u>suzy@snw.law</u>>
**Sent:** Friday, November 15, 2024 2:38 PM
**To:** Kara Gorycki <<u>KGorycki@nmllplaw.com</u>>
**Cc:** Jenny Roberts <<u>jenny@snw.law</u>>; Johnston Burkhardt <<u>johnston@snw.law</u>>
**Subject:** Doe v. Tulane - Subpoena served on Noa Banghart

Kara,

Our firm has been retained to represent Noa Banghart to assist in the response to the subpoena served on her by your office.

I am requesting a 3-week extension (until December 13, 2024) to provide responsive documents. Between a trial next week, a family funeral and Thanksgiving holiday, we would not likely be able to meet the November 22, 2024, deadline.  Please let me know if you are agreeable to this extension.

Suzy Montero


**M. Suzanne Montero**

Partner




Sternberg, Naccari & White, LLC

935 Gravier Street, **Suite 1800** | New Orleans, Louisiana 70112

Main: (504) 324-2141 | Direct: (504) 308-1395 | Cell: (504) 352-3103 | Fax: (504) 534-8961

<u>suzy@snw.law</u> | <u>www.snw.law</u>

**Please Note our Suite Number has Changed!**

CONFIDENTIALITY NOTICE: This message, including attachments, may contain information that is privileged, confidential, and protected by the attorney-client privilege or attorney work product privileges. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution, copying of this email, and any attachments thereto, are prohibited, and may be a violation of the law. If you have received this email in error, please delete it permanently and notify me immediately.