| | |
|---|---|
| **From:** | Kara Gorycki |
| **To:** | Suzy Montero; Jenny Roberts; Johnston Burkhardt |
| **Cc:** | Alex Robertson |
| **Subject:** | Doe v. Tulane - Banghart Subpoena - Oral Argument Date |
| **Date:** | Thursday, March 6, 2025 3:57:29 PM |
| **Attachments:** | DoevTulane.BanghartOrder.pdf |

Please see attached order setting oral argument date.



**Kara Gorycki, Partner**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500   •   212.736.2260 fax

Vcard   •   nmllplaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.