

650 Poydras St., Ste. 2720
New Orleans, LA 70130
Ph: 504-910-6220
Fax: 504-910-6800
mrmlaw.com

April 4, 2025

*Via Hand Delivery and Email*
Suzy Montero (suzy@snw.law)
Sternberg Naccari & White LLC
935 Gravier Street, Suite 2020
New Orleans, LA 70112

      RE:    **Service of Order Granting Motion to Compel**
               *John Doe v. The Administrators of the Tulane Educational Fund*
               United States Discrict Court for the Eastern District of Louisiana
               Civil Case No. 2:23-cv-01348

Dear Suzy:

Enclosed please find a copy of the Order Granting Plaintiff's Motion to Compel, entered by Magistrate Judge Eva J. Dossier on April 3, 2025. *See* R. Doc. 43.

Pursuant to the Order, your client, Noa Banghart, is required to produce all documents responsive to the subpoena issued in this matter on or before April 25, 2025. The Court noted that no substantive objections were raised and that the subpoena does not impose an undue burden or expense. Additionally, the Court has cancelled the previously scheduled oral argument.

If you have any questions regarding the order or your client's obligations, please don't hesitate to contact me at (504) 910-6557.

                                                     Best Regards,

                                                     Alex T. Robertson

ATR/kc

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| VERSUS | NO. 23-1348 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION: "P" (3) |

## ORDER

Before the Court is Plaintiff's Motion to Compel Nonparty Noa Banghart's Production of Documents in Response to Subpoena (R. Doc. 37). The motion was filed on March 5, 2025.  It is set for submission and oral argument on April 8, 2025. The motion was hand-delivered to the office of Banghart's counsel on March 6, 2025. R. Doc. 39. The order setting oral argument for April 8, 2026, was also served on Banghart's counsel.  *See* R. Doc. 40 (order requiring service).[1]

Banghart has filed no opposition to the motion. The deadline to do so has expired. A review of the pre-motion correspondence indicates that Banghart's counsel requested additional time to respond, but they did not raise substantive objections to the subpoena. *E.g.,* Doc. 37-5 at 3 ("We have been gathering the responsive documents.  I will need at least an additional 2 weeks."). The subpoena itself and related correspondence in the record indicate that the subpoena does not impose an undue burden or expense on Banghart.

Accordingly,

---

[1] The Court confirmed that service occurred in compliance with its order through an email to all counsel of record.

**IT IS ORDERED** that the Motion to Compel (R. Doc. 37) is **GRANTED** and that Banghart produce documents responsive to the subpoena on or before **April 25, 2025.**

**IT IS FURTHER ORDERED** that Plaintiff's counsel serve a copy of this order on counsel for Banghart via hand-delivery to their office and via email.

**IT IS FURTHER ORDERED** that the oral argument set for April 8, 2025, is **CANCELLED**.

New Orleans, Louisiana, this 3rd day of April, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE