| | |
|---|---|
| From: | Alex Robertson |
| To: | suzy@snw.law |
| Cc: | Kara Gorycki; Front Desk; Ashley Bowers |
| Subject: | John Doe v. The Administrators of the Tulane Educational Fund (EDLA Civil Case No. 2:23-cv-01348) – Service of Order Granting Motion to Compel |
| Date: | Thursday, April 3, 2025 4:50:00 PM |
| Attachments: | 43 - Order Granting Motion to Compel.pdf<br>image001.png |

Dear Suzy:

Enclosed please find a copy of the Order Granting Plaintiff's Motion to Compel, entered by Magistrate Judge Eva J. Dossier on April 3, 2025.

Pursuant to the Order, your client, Noa Banghart, is required to produce all documents responsive to the subpoena issued in this matter on or before April 25, 2025. The Court noted that no substantive objections were raised and that the subpoena does not impose an undue burden or expense. Additionally, the Court has cancelled the previously scheduled oral argument.

If you have any questions regarding the order or your client's obligations, please don't hesitate to contact me or Kara Gorycki, cc'ed here.

Thanks,
Alex

Alex Robertson
Attorney



MARCELLE ROBERTSON MESTAYER LLC
ATTORNEYS AT LAW

650 Poydras St., Ste. 2720
New Orleans, LA 70130
Ph: 504-910-6220
Fax: 504-910-6800
mrmlaw.com