UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| VERSUS | NO. 23-1348 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION: "P" (3) |

## ORDER

**IT IS ORDERED** that a telephone status conference is scheduled for **Thursday, May 1, 2025, at 9:30 a.m.,** before the undersigned magistrate judge. Parties are to participate in the conference by dialing (833) 990-9400 and entering Call ID 590722428. The purpose of the call is to discuss Plaintiff's Motion for Sanctions and Contempt Against Nonparty Noa Banghart (R. Doc. 52). Counsel for Ms. Banghart has confirmed her availability to participate in the call.

New Orleans, Louisiana, this 29th day of April, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE