MINUTE ENTRY
DOSSIER, M.J.
May 1, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN DOE                                            CIVIL ACTION

VERSUS                                              NO.  23-1348

ADMINISTRATORS  OF  THE  TULANE          SECTION: "P" (3)
EDUCATIONAL FUND

A telephone status conference was held on Thursday, May 1, 2025, relative to

Plaintiff's Motion for Sanctions and Contempt Against Nonparty Noa Banghart (R.

Doc. 52).

        PRESENT FOR:

                *Plaintiff:*    Kara Gorycki, Alex Robertson

                *Defendant:*   Julie Livaudais

                *Noa Banghart*:      Suzy Montero

The parties discussed Plaintiff's Motion for Sanctions and Contempt Against

Nonparty Noa Banghart (R. Doc. 52).

                                        _____
                                        EVA J. DOSSIER
                                        UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:20