UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| VERSUS | NO. 23-1348 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION: "P" (3) |

## ORDER

**IT IS ORDERED** that oral argument on Plaintiff's Motion for Sanctions and Contempt Against Nonparty Noa Banghart (R. Doc. 52) will be held on **Tuesday, May 13, 2025, at 2:00 p.m.**, before the undersigned magistrate judge, Courtroom B-305, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130. Please note that a photo ID is required to enter the building. **PLEASE ARRIVE TEN MINUTES BEFORE THE SCHEDULED START TIME.**

New Orleans, Louisiana, this 1st day of May, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE