UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION NO. 23-CV-1348** |
| Plaintiff, | |
| vs. | **JUDGE DARREL J. PAPILLION** |
| **TULANE UNIVERSITY** | **MAG. EVA J. DOSSIER** |
| Defendant, | |

### UNOPPOSED MOTION TO STRIKE FROM PUBLIC RECORD DOCUMENT R. DOC. NO 56, 56-1 & 56-2

**NOW INTO COURT**, through undersigned counsel comes non-party Noa Banghart who moves this Honorable Court to order the Clerk of Court to Strike From the Public Record, Record Documents 56. Undersigned Counsel included information in Document 56 that may identify John Doe – who is proceeding in this matter under a pseudonym. As the court is aware, Mover is a non-party to this litigation and was not aware of this Court's Order prohibiting Tulane from publicly identifying Plaintiff in connection with this litigation. (Rec. Doc. 9). Mover has agreed to re-file the pleading redacting any identifying information.

Respectfully Submitted,

STERNBERG, NACCARI & WHITE, LLC

*/s/ M. Suzanne Montero* .
**M. SUZANNE MONTERO**, La. Bar No. 21361
935 Gravier St., Suite 1800
New Orleans, Louisiana 70112
Telephone: 504.324.2141
Facsimile: 504.534.8961
suzy@snw.law |
**COUNSEL FOR NOA BANGHART**