UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| VERSUS | NO. 23-1348 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION: "P" (3) |

### ORDER

Considering the foregoing Unopposed Motion to Strike from Public Record Document R. Doc. No. 56, 56-1, and 56-2 (R. Doc. 57),

**IT IS ORDERED** that the Motion is **GRANTED**. Record documents 56, 56-1, and 56-2 are stricken.

**IT IS FURTHER ORDERED** that these documents be **SEALED**.

New Orleans, Louisiana, this 6th day of May, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE