UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| VERSUS | NO. 23-1348 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION: "P" (3) |

### ORDER

The Court has been advised that the issues raised in Plaintiff's Motion for Sanctions and Contempt Against Nonparty Noa Banghart (R. Doc. 52) have been resolved. Accordingly,

**IT IS ORDERED** that the Motion (R. Doc. 52) is **DISMISSED AS MOOT.**

New Orleans, Louisiana, this 8th day of May, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE