UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| VERSUS | NO. 23-1348 |
| ADMINISTRATORS OR THE TULANE EDUCATIONAL FUND | SECTION: "P" (3) |

### ORDER SCHEDULING STATUS CONFERENCE

**IT IS ORDERED** that a telephone status conference is scheduled for **Thursday, October 23, 2025, at 1:30 p.m.,** before the undersigned magistrate judge. Parties are to participate in the conference by dialing (833) 990-9400 and entering Call ID 590722428.

New Orleans, Louisiana, this 23rd day of October, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE