MINUTE ENTRY
DOSSIER, M.J.
October 23, 2025[1]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| VERSUS | NO. 23-1348 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION: "P" (3) |

**ORDER**

PRESENT FOR:

*Plaintiff*: Alex Tyler Robertson, Kara Gorycki

*Defendant*: Amy L. McIntire

The parties agreed that counsel in Case No. 24-825 and Case No. 23-1348 can attend any deposition in either of these cases. This agreement extends to Tulane's client representative or in house counsel.

**IT IS ORDERED** that the parties work together in good faith to determine by **October 30, 2025**, whether any depositions can go forward on December 19, 2025.

**IT IS FURTHER ORDERED** that any party that intends to question a deponent provide written notice of that intent to counsel for all parties (in both cases) at least 7 days before the deposition.

---

[1] The telephone status conference was conducted relative to Case No. 24-825 and Case No. 23-1348. The total time (40 minutes) has been split evenly across the two cases.

**IT IS FURTHER ORDERED** that by **November 6, 2025**, the parties participate in at least one telephonic, video, or in-person conference to identity the nonparty witnesses likely to be called at trial and discuss the scheduling of their depositions.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:20