UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| VERSUS | NO. 23-1348 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION: "P" (3) |

### ORDER SCHEDULING STATUS CONFERENCE

**IT IS ORDERED** that a telephone status conference is scheduled for **Tuesday, November 4, 2025, at 1:40 p.m.,** before the undersigned magistrate judge. Parties are to participate in the conference by dialing (833) 990-9400 and entering Call ID 590722428.

**IT IS FURTHER ORDERED** that counsel for Ms. Banghart submit a short status update (cc'ing all parties) to efile-dossier@laed.uscourts.gov on or before **Tuesday, November 4, 2025, at 11:30 a.m.**

New Orleans, Louisiana, this 3rd day of November, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE