UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1348** |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **SECTION: "P" (3)** |

## ORDER

Considering the Joint Motion to Extend Certain Deadlines in Pre-Trial Schedule (R. Doc. 82), and finding good cause pursuant to Federal Rule of Civil Procedure 16(b)(4),

**IT IS ORDERED** that the motion is **GRANTED**. Accordingly,

**IT IS FURTHER ORDERED** that the deadline for the parties to complete discovery is extended from March 19, 2026, to **April 7, 2026**.

**IT IS FURTHER ORDERED** that the deadline for filing motions *in limine* is extended to **June 9, 2026,** with a submission date of **June 24, 2026**. The deadline for filing dispositive motions, however, shall remain April 14, 2026, with a submission date of April 29, 2026.

New Orleans, Louisiana, this 9th day of March 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**