UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOHN DOE                                          CIVIL ACTION

VERSUS                                            NO. 23-1348

ADMINISTRATORS OF THE                             SECTION "P" (3)
TULANE EDUCATIONAL FUND

## **ORDER**

Considering the Unopposed Motion to File Unredacted Memorandum in Support of Motion for Summary Judgement, Statement of Undisputed Material Facts, and Supporting Exhibits Under Seal (R. Doc. 87),

**IT IS ORDERED** that the Unopposed Motion to File Unredacted Memorandum in Support of Motion for Summary Judgement, Statement of Undisputed Material Facts, and Supporting Exhibits Under Seal (R. Doc. 87) is **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule 5.6. Defendant may re-urge its request in compliance with the Local Rules. Any proposed order should include the specific findings required by the Local Rules and controlling jurisprudence. *See, e.g.*, Rule 5.6(D); *see also June Med. Services, LLC v. Phillips*, 22 F.4th 512, 521 (5th Cir. 2022).

New Orleans, Louisiana, this 15th day of April, 2026.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE