**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1348** |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **SECTION: "P" (3)** |

## ORDER

Considering the Joint Motion to Extend Submission Date of Pre-Trial Motions (R. Doc. 91),

**IT IS ORDERED** that the motion is **GRANTED IN PART and DENIED IN PART**. The motion is granted to the extent it seeks to extend the submission date of the following motions; therefore, the submission dates for the following motions are hereby **CONTINUED** from April 29, 2026, until May 13, 2026:

- Plaintiff's Motion to Exclude Certain Opinions of Defendant's Expert Edward J. Comeaux III (R. Doc. 88);

- Defendant's Motion to Exclude Harold Asher's Selected Opinions and Testimony (R. Doc. 89); and

- Defendant's Motion to Exclude Hanna Stotland's Opinions and Testimony (R. Doc. 90).

The motion is **DENIED WITHOUT PREJUDICE** to the extent it seeks to extend the submission date of Defendant's Motion for Summary Judgment (R. Doc. 87-3). The motion for summary judgment and its supporting documents were filed as part of an unopposed motion to file the same under seal.[1] Because the motion to file under seal was denied without prejudice, the corresponding motion for summary judgment was not filed into the record for the Court's

---

[1] R. Doc. 87.

consideration.[2] Accordingly, at this time, there is no submission date to extend with respect to the motion for summary judgment. Moreover, because Defendant will have to re-file its proposed motion for summary judgment and its supporting documents when it re-urges its request to file the motion under seal, Defendant can achieve the relief it seeks here by including May 13, 2026 as the submission date on the Notice of Submission filed with the motion for summary judgment.

New Orleans, Louisiana, this 16th day of April 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[2] R. Doc. 95.