**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JOHN DOE                                          CIVIL ACTION

VERSUS                                            NO. 23-1348

ADMINISTRATORS OF THE TULANE                      SECTION: "P" (3)
EDUCATIONAL FUND

**ORDER**

Considering the Joint Motion to Extend Submission Date and Briefing Deadlines for Record Documents 87–90 and 103 (R. Doc. 105),

**IT IS ORDERED** that the motion is **GRANTED** and that the submission dates for the following motions are hereby **CONTINUED** from May 13, 2026, until May 27, 2026:

- Plaintiff's Motion to Exclude Certain Opinions of Defendant's Expert Edward J. Comeaux III (R. Doc. 88);

- Defendant's Motion to Exclude Harold Asher's Selected Opinions and Testimony (R. Doc. 89);

- Defendant's Motion to Exclude Hanna Stotland's Opinions and Testimony (R. Doc. 90); and

- Defendant's Motion for Summary Judgment (R. Doc. 103).

**IT IS FURTHER ORDERED** that the deadline to file reply briefing in support of the above-mentioned motions is May 27, 2026.

New Orleans, Louisiana, this 29th day of April 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**