MINUTE ENTRY
DOSSIER, M.J.
May 4, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN DOE                                        CIVIL ACTION

VERSUS                                          NO. 23-1348

ADMINISTRATORS OF THE                           SECTION: "P" (3)
TULANE EDUCATIONAL FUND

Following telephonic negotiations, a settlement conference was held on

Monday, May 4, 2026.

PRESENT FOR:

*Plaintiff:* Alex Robertson, Kara Gorycki, John Doe

*Defendant:* Amy McIntire, Howard Boyd

Negotiations were productive and are ongoing. Counsel are to contact the

undersigned if further assistance from the Court would be helpful.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 03:20