**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1348** |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **SECTION: "P" (3)** |

## ORDER

Considering the Joint Motion to Dismiss (R. Doc. 109),

**IT IS ORDERED** that the motion is **GRANTED** and that all claims asserted by Plaintiff, John Doe, against Defendant, The Administrators of the Tulane Educational Fund, in the above-captioned action are hereby **DISMISSED, WITH PREJUDICE,** with each party to bear their own costs.

New Orleans, Louisiana, this 6th day of July 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**